UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:19-CV-00265-FMO (SHK) | Date: | June 26, 2019 |
| Title: | *Roberto Saucedo Perez v. City of Santa Ana* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| J. Lopez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

      On May 21, 2019 the Court denied Plaintiff's Request to re-file his February 11, 2019 Complaint, but allowed Plaintiff an additional 30 days to file to a First Amended Complaint ("FAC") and to complete his Summons AO-440 Form for his FAC. Electronic Case Filing Number ("ECF No.") 6, Order. Plaintiff's FAC and Summons were due on or before June 20, 2019. Id. To date, Plaintiff has not filed his FAC and Summons as ordered nor has he requested an extension of time to do so.

      Accordingly, on or before **July 10, 2019**, Plaintiff is ordered to either: (a) advise the Court that he does not desire to pursue this action; (b) if Plaintiff does desire to pursue this action, show good cause in writing, if any exists, why Plaintiff has not timely filed his FAC and Summons and why the Court should not recommend that this action be dismissed for failure to prosecute and comply with the Court's prior order; or (c) file a FAC and Summons. Plaintiff is warned that if he fails to do either of the provided options, the Court will deem such failure a further violation of a Court order and further evidence of a lack of prosecution on Plaintiff's part, which will result in the dismissal of the case under Federal Rule of Civil Procedure 41(b) and Local Rule 41-1.

      **IT IS SO ORDERED.**