JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO SAUCEDO PEREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ANA,<br><br>            Defendant. | Case No. 8:19-cv-00265-FMO-SHK<br><br>JUDGMENT |

Pursuant to the Order Dismissing Case, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: February 13, 2020

                                            /s/
                              HONORABLE FERNANDO M. OLGUIN
                              United States District Judge